**Sugar Felsenthal**
**Grais & Helsinger LLP**

Jonathan P. Friedland
Direct: (312) 704-2770
Email: jfriedland@sfgh.com

September 10, 2021

30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Office: (312) 704-9400
Fax: (312) 372-7951

Honorable H. Christopher Mott, U.S. Bankruptcy Judge
Homer J. Thornberry Federal Judicial Bldg.
903 San Jacinto Blvd., Suite 326
Austin, Texas 78701

www.SFGH.com

Dear Judge Mott:

I file this letter on behalf of Flix Brewhouse NM LLC ("**Debtor**"), which filed for Chapter 11 protection in the Western District of Texas, El Paso Division this morning. Since the Debtor meets the definition of a "debtor" under Bankruptcy Code § 1182, the Debtor has elected for the case to proceed under subchapter V of Chapter 11 ("**Subchapter V**"). The Debtor does not believe the case should be classified as a complex Chapter 11 case under Appendix L-1020.1 of the Local Rules.

As with its affiliate, Flix Brewhouse Texas V LLC, no first day motions are being filed contemporaneously with the Debtor's petition. We recognize that first day declarations are common and useful in Chapter 11 filings and intend to file one next week. Because we are not doing so today, however, we thought this brief correspondence may be useful for the Court, the United States Trustee, and parties-in-interest who may review the docket in this case.

The most immediate goals of the Chapter 11 case is to prevent termination of the Debtor's lease in Albuquerque, New Mexico and to enable the Debtor to reopen its business at that location (which has been shuttered for over 17 months). The longer term goal is to fix the claims against the Debtor (there are significant disputes regarding the amount owed to its landlord) so that it can confirm a plan under Subchapter V.

To these ends, the Debtor intends to file financing and cash management motions, retention applications, and a first day declaration early next week; and to seek hearings on the two motions on an expedited basis as soon as possible thereafter.

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

By: _____
Jonathan Friedland
Counsel to Flix Brewhouse NM LLC

SFGH