IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS (EL PASO)

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| **Flix Brewhouse NM LLC,** | § | Case No. 21-30676 (HCM) |
| | § | |
| Debtor. | § | |
| | § | |

GLOBAL NOTES, METHODOLOGY, & SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S
SCHEDULES OF ASSETS & LIABILITIES & STATEMENT OF FINANCIAL AFFAIRS

## A. Introduction

Flix Brewhouse NM LLC (the "***Debtor***") with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "***Schedules***") and Statement of Financial Affairs (the "***SOFA***," and together with the Schedules, the "***Schedules and SOFA***") with the United States Bankruptcy Court for the Western District of Texas (El Paso) (the "***Bankruptcy Court***"), under § 521 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

These *Global Notes, Methodology, & Specific Disclosures Regarding the Debtor's Schedules of Assets & Liabilities & Statement of Financial Affairs* (the "***Notes***") pertain to, are incorporated by reference in, and compose an integral part of the Schedules and SOFA. The Notes should be referred to and considered in connection with any review of the Schedules and SOFA.

The Schedules and SOFA do not represent financial statements prepared according to Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and SOFA, the Debtor relied on information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and SOFA.

The Debtor and its officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data provided in the Schedules and SOFA and are not liable for any loss or injury arising out of or caused (in whole or in part) by acts or omissions (whether negligent or otherwise) in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and SOFA. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, agents, attorneys, and financial advisors do not undertake any obligation to update, modify, revise, or recategorize the information provided in the Schedules and SOFA, or to notify any third party should the

information be updated, modified, revised, or recategorized. The Debtor, on behalf of itself, its officers, agents, and advisors reserves all rights and disclaims any liability to any third party arising out of, or related to, the information in the Schedules and SOFA.

The Schedules and SOFA have been signed by Allan L. Reagan, the President of the Debtor's Manager, Hospitality Investors Inc. (the "***Debtor's Manager***"). In reviewing and signing the Schedules and SOFA, Mr. Reagan relied on the efforts, statements, and representations of the Debtor's other agents and professionals. Mr. Reagan has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning creditors' addresses, amounts owed to creditors, and classification of such amounts.

## B.  General Notes & Overview of Methodology

1.  **Reservation of Rights**. The Debtor made reasonable efforts to prepare and file complete and accurate Schedules and SOFA. Nevertheless, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the rights to: amend the Schedules and SOFA with respect to any claim ("***Claim***") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. No failure to designate a Claim in the Schedules and SOFA as "disputed," "contingent," or "unliquidated" shall constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Nothing contained in the Schedules and SOFA constitutes a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other laws regarding recovery of assets or avoidance of transfers. No specific reservation of rights contained elsewhere in the Notes limits the general reservation of rights contained in this paragraph.

    The listing in the Schedules or SOFA by the Debtor of any obligation of the Debtor reflects what appears in the Debtor's books and records and is not an admission or conclusion by the Debtor regarding whether such amount should or would be allowed as a Claim or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court.

2.  **Description of Case**. On September 10, 2021 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, electing to proceed under subchapter V of chapter 11. The Debtor continues to manage its financial affairs as debtor in possession under Bankruptcy Code § 1184.

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and inefficient for the Debtor to obtain current market valuations for all of its assets. Accordingly, unless otherwise indicated, the Schedules and SOFA reflect net book values as of the close of business on September 10, 2021 in the Debtor's books and records. Additionally, because the book values of certain assets, such as patents, trademarks, trade names, and copyrights, may materially differ from their fair market values, they may be listed as having undetermined amounts as of the Petition Date. Furthermore, assets that have fully depreciated or were expensed for accounting purposes may have no net book value and may not appear in the Schedules and SOFA.

4. **Recharacterization**. Despite the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtor's business. The Debtor accordingly reserves its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and SOFA as necessary or appropriate, as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and SOFA are deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Excluded Assets & Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

   The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code § 503(b)(9). Accordingly, the Debtor reserves its rights to dispute or challenge the validity of any such Claims or any characterization of the structure of any such transaction or any document or instrument related to any Claim.

   The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and SOFA, including, without limitation, deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

6. **Insiders**. Solely for purposes of the Schedules and SOFA, the Debtor defines "insiders" to include the following: (a) manager; (b) senior level officers; (c) equity holders holding more than 10% of the equity of the Debtor entity; (d) the Debtor's affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor). Entities have been listed as "insiders" for informational purposes only and their inclusion is not an admission that any such entity is an insider for purposes of Bankruptcy Code § 101(31).

7. **Intellectual Property Rights**. The exclusion of any intellectual property right does not constitute an admission that such intellectual property right has been abandoned, terminated, assigned, expired by its terms, or otherwise transferred under a sale,

acquisition, or other transaction. Conversely, inclusion of any intellectual property right does not constitute an admission that such intellectual property right has not been abandoned, terminated, assigned, expired by its terms, or otherwise transferred under a sale, acquisition, or other transaction.

8. **Executory Contracts & Unexpired Leases**. The Debtor made diligent attempts to include all of its executory contracts and unexpired lease obligations on Schedule G. Nevertheless, the Debtor may have inadvertently failed to list them all. Nothing in the Schedules or SOFA is an admission or determination as to the legal status of any executory contract or lease, including whether a lease is a true lease or a financing arrangement. Nor does any such listing of executory contracts and unexpired leases reflect the Debtor's determination of whether to assume and assign or to reject such contract or lease.

9. **Materialman's & Mechanic's Liens**. The assets listed in the Schedules and SOFA are presented without consideration of any materialman's and mechanic's liens that may exist.

10. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases, or to effect setoffs against such Claims.

11. **Claims Description**. Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and "unliquidated." Any failure to designate a Claim on a Debtor's Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

12. **Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and SOFA, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other laws regarding recovery of assets or avoidance of transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment, and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or under any other theory of law (collectively, "***Causes of Action***") the Debtor may have, and neither these Notes nor the Schedules and SOFA may be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

13. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    *a.* ***Undetermined Amounts***. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect the materiality of such amount.

    *b.* ***Totals***. All totals included in the Schedules and SOFA represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may differ from the listed total.

    *c.* ***Liens***. Property and equipment listed in the Schedules and SOFA are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Estimates & Assumptions**. Because of the timing of the filing, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts may materially differ from those estimates.

15. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16. **Intercompany**. The listing in the Schedules or SOFA (including, without limitation, Schedule A/B or Schedule E/F) by the Debtor of any obligation between the Debtor and any affiliated entity of the Debtor is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court. Intercompany balances were generally not reconciled and not scheduled.

17. **Setoffs**. The Debtor incurs certain offsets and other similar rights during the ordinary course of its business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Schedules and SOFA.

18. **Notes Control**. If the Schedules and SOFA differ from the Notes, the Notes control.

C. **Specific Disclosures with Respect to the Schedules**

1. **Creditor Addresses**. Creditor addresses not listed in the Debtor's schedules may be in the official creditor matrix filed with the Court.

2. **Schedule A/B Part 7: Office Furniture, Fixtures, & Equipment; & Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments as set forth in the Debtor's "Depreciation Expense Report," dated as of December 31, 2019.

The Depreciation Expense Report was prepared as part of a financial audit conducted for Flix Entertainment LLC ("**FELLC**"), the Debtor's ultimate parent entity. No depreciation since December 31, 2019 was factored into the scheduled values.

3. **Schedule A/B Part 9: Real Property.** The Debtor does not own any real property. The Debtor has listed its real property lease in Schedule A/B #55, including its leasehold interest/improvements. The value presented for leasehold improvements is the gross amount paid by Debtor for such improvements, without regard to any tenant improvement allowance, less accumulated depreciation through December 31, 2019.

4. **Schedule A/B Part 11: All Other Assets**. The Debtor has listed a potential cause of action against its landlord arising out of a lease dispute.

D. **Specific Disclosures with Respect to the SOFA**

1. **SOFA #4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. As an indirect subsidiary of FELLC, the Debtor operated its business prepetition under a cash management system administered by FELLC to collect funds from the Debtor's operations and pay various operating and administrative expenses (the "***FELLC Cash Management System***"). The FELLC Cash Management System allows the Debtor and its non-Debtor affiliates to efficiently collect and transfer cash generated by the Debtor's business to pay its share of consolidated financial obligations. The FELLC Cash Management System generally consists of a series of "zero-balance" accounts reflected on the books and records of FELLC, the Debtor, and its non-debtor affiliates. No determination has been made as to whether any of these transfers constitute preferential transfers.

2. **SOFA #11: Payments related to bankruptcy**. FELLC paid retainers on the Debtor's behalf to the Debtor's proposed attorneys and financial advisor as described in detail in its *Disclosure of Compensation of Attorney for Debtor(s),* and in its engagement letters with its professionals.

**Fill in this information to identify the case:**

Debtor name   **Flix Brewhouse NM LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **21-30676**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 24, 2021**     X /s/ Allan L. Reagan
                                        Signature of individual signing on behalf of debtor

                                        **Allan L. Reagan**
                                        Printed name

                                        **President, Hospitality Investors Inc., Debtor's Manager**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Flix Brewhouse NM LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **21-30676**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **3,882,181.45**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    **1,890,270.56**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $    **5,772,452.01**

| Part 2: | **Summary of Liabilities** |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    **7,243,243.66**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    **8,243,957.58**

4.  Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b | $    **15,487,201.24** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Flix Brewhouse NM LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TEXAS

Case number (if known)     **21-30676**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Sandia Federal Credit Union** | **Checking** | 0047 | $3,540.00 |
| 3.2. | **Comerica** | **Merchant Services Processing** | 4381 | $145.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$3,685.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Utility deposit, New Mexico Gas Company** | $974.00 |
| --- | --- | --- |
| 7.2. | **Security deposit - Village @ La Orilla LLC** | $141,166.67 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Flix Brewhouse NM LLC** | Case number *(If known)* **21-30676** |
|---|---|---|
| | Name | |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

    **Insurance - property, general liability, umbrella, and workers compensation**
8.1.  **The Nowell Agency**               **$7,283.00**

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      **$149,423.67**

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

  ■ No.  Go to Part 4.
  ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.  Go to Part 6.
  ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Food - perishable pantry items** | 12/31/2020 | $2,382.00 | | $2,382.00 |
| 20. | **Work in progress** **Beverage** | 12/31/2020 | $4,925.00 | | $4,925.00 |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Supplies - kitchen, cleaning, paper, and bar** | 12/31/2021 | $5,900.00 | | $5,900.00 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.      **$13,207.00**

24. **Is any of the property listed in Part 5 perishable?**

  ☐ No
  ■ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Flix Brewhouse NM LLC** | Case number *(If known)* **21-30676** |
|---|---|---|
| | Name | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☒ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**See Furnishings section of attached**<br>**Depreciation Expense Report** | $56,696.17 | | $56,696.17 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1.  **See Arts & Artifacts section of attached**<br>**Depreciation Expense Report** | $1,890.94 | | $1,890.94 |
|---|---|---|---|

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $58,587.11 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ☒ Yes Fill in the information below.

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Flix Brewhouse NM LLC** | | Case number *(If known)* **21-30676** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See Decorative Millwork, Operations Tools &<br>Equipment, Computer Equipment, Kitchen and<br>Bar Equipment, Audiovisual Equipment,<br>Theater Equipment, Brewery Equipment,<br>Purchased Software**<br>**sections of attached Depreciation Expense<br>Report** | **$1,665,367.78** | | **$1,665,367.78** |
| **Carbonation equipment leased from Airgas<br>International Carbonation** | **$0.00** | | **$0.00** |
| **Dishwasher equipment leased from Ecolab<br>Institutional** | **$0.00** | | **$0.00** |
| **Beverage fountain equipment leased from<br>Pepsi Co** | **$0.00** | | **$0.00** |

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

           **$1,665,367.78**

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Flix Brewhouse NM LLC** | | Case number *(If known)* **21-30676** |
| | Name | | |

available.

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Leasehold improvements on leased real estate at 3236 La Orilla Rd NW, Unit B1, Albuquerque, NM 87120 See Leasehold Improvements and Signs Permanent sections of attached Depreciation Expense Report** | **Leasehold improvements** | **$3,882,181.45** | | **$3,882,181.45** |
| 55.2. | **Lease of real estate at 3236 La Orilla Rd NW, Unit B1, Albuquerque, NM 87120** | **Lease** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$3,882,181.45** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor | **Flix Brewhouse NM LLC** | Case number *(If known)* **21-30676** |
|---|---|---|
| | Name | |

| **Cause of action against Village @ La Orilla, LLC (not yet filed)** | | **Unknown** |
|---|---|---|
| Nature of claim | **Lease dispute** | |
| Amount requested | $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                     $0.00

   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Debtor | **Flix Brewhouse NM LLC** | Case number *(If known)*  **21-30676** |
|---|---|---|
| | Name | |

---

<span style="background:black;color:white">Part 12:</span>  **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,685.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $149,423.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $13,207.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $58,587.11 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,665,367.78 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $3,882,181.45 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,890,270.56 | + 91b. $3,882,181.45 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,772,452.01 |

## Flix Entertainment, LLC
### Depreciation Expense Report
### As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No | In Svc Ext Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = ABQ** | | | | | | | | | | | | |
| **G/L Asset Account = 1440** *lease hold improvements* | | | | | | | | | | | | |
| 000717 | ABQ Tenant Improvements | | | | | | | | | | | |
| | 000 11/18/16 | 3,004,560.00 | R | SLMM | 15 00 | 0.00 | 3,004,560.00 | 12/31/18 | 417,300.00 | 200,304.00 | 200,304.00 | 617,604.00 |
| 000749 | Build out for ABQ New Store | | | | | | | | | | | |
| | 000 11/18/16 | 854,806.96 | R | SLMM | 15 00 | 0.00 | 854,806.96 | 12/31/18 | 118,723.20 | 56,987.13 | 56,987.13 | 175,710.33 |
| 000750 | Build out for ABQ New Store | | | | | | | | | | | |
| | 000 11/18/16 | 244,295.03 | R | SLMM | 15 00 | 0.00 | 244,295.03 | 12/31/18 | 33,929.89 | 16,286.34 | 16,286.34 | 50,216.23 |
| 000751 | New Store Millwork/Buildout | | | | | | | | | | | |
| | 000 11/18/16 | 52,276.80 | R | SLMM | 15 00 | 0.00 | 52,276.80 | 12/31/18 | 7,260.68 | 3,485.12 | 3,485.12 | 10,745.80 |
| 000752 | New Store Millwork/Buildout | | | | | | | | | | | |
| | 000 11/18/16 | 121,979.20 | R | SLMM | 15 00 | 0.00 | 121,979.20 | 12/31/18 | 16,941.56 | 8,131.95 | 8,131.95 | 25,073.51 |
| 000753 | New Store Millwork/Buildout | | | | | | | | | | | |
| | 000 11/18/16 | 6,566.75 | R | SLMM | 15 00 | 0.00 | 6,566.75 | 12/31/18 | 912.04 | 437.78 | 437.78 | 1,349.82 |
| 000754 | New Store Millwork/Buildout | | | | | | | | | | | |
| | 000 11/18/16 | 3,667.64 | R | SLMM | 15 00 | 0.00 | 3,667.64 | 12/31/18 | 509.41 | 244.51 | 244.51 | 753.92 |
| 000755 | New Store Millwork/Buildout | | | | | | | | | | | |
| | 000 11/18/16 | 5,087.22 | R | SLMM | 15 00 | 0.00 | 5,087.22 | 12/31/18 | 706.56 | 339.15 | 339.15 | 1,045.71 |
| 000756 | New Store Millwork/Buildout | | | | | | | | | | | |
| | 000 11/18/16 | 46,858.00 | R | SLMM | 15 00 | 0.00 | 46,858.00 | 12/31/18 | 6,508.06 | 3,123.87 | 3,123.87 | 9,631.93 |
| 000758 | ABQ DD/GMS LHI Development | | | | | | | | | | | |
| | 000 11/18/16 | 220,804.80 | R | SLMM | 15 00 | 0.00 | 220,804.80 | 12/31/18 | 30,667.33 | 14,720.32 | 14,720.32 | 45,387.65 |
| 000765 | Build out for ABQ New Store taxes | | | | | | | | | | | |
| | 000 11/19/16 | 165,633.04 | R | SLMM | 15 00 | 0.00 | 165,633.04 | 12/31/18 | 23,004.58 | 11,042.20 | 11,042.20 | 34,046.78 |
| 000814 | JKR Development | | | | | | | | | | | |
| | 000 01/26/17 | 3,075.00 | R | SLMM | 14 10 | 0.00 | 3,075.00 | 12/31/18 | 397.33 | 207.30 | 207.30 | 604.63 |
| 000815 | Snyder Construction, LLC - OnAccount | | | | | | | | | | | |
| | 000 02/24/17 | 75,000.00 | R | SLMM | 14 09 | 0.00 | 75,000.00 | 12/31/18 | 9,322.04 | 5,084.75 | 5,084.75 | 14,406.79 |
| | *G/L Asset Account = 1440* | 4,804,610.44 | | | | 0.00 | 4,804,610.44 | | 666,182.68 | 320,394.42 | 320,394.42 | 986,577.10 |
| | Less disposals and transfers Count = 0 | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 |
| | Net Subtotal Count = 13 | 4,804,610.44 | | | | 0.00 | 4,804,610.44 | | 666,182.68 | 320,394.42 | 320,394.42 | 986,577.10 |
| | **G/L Asset Account = 1470** *decorative millwork* | | | | | | | | | | | |
| 000734 | Long Draw System | | | | | | | | | | | |
| | 000 11/18/16 | 70,120.44 | P | SLMM | 07 00 | 0.00 | 70,120.44 | 12/31/18 | 20,869.20 | 10,017.21 | 10,017.21 | 30,886.41 |
| 000735 | F&B Set Up | | | | | | | | | | | |
| | 000 11/18/16 | 1,296.00 | P | SLMM | 07 00 | 0.00 | 1,296.00 | 12/31/18 | 385.72 | 185.14 | 185.14 | 570.86 |
| 000745 | Bargreen Initial Smalls & Equi | | | | | | | | | | | |
| | 000 11/18/16 | 62,176.02 | P | SLMM | 07 00 | 0.00 | 62,176.02 | 12/31/18 | 18,504.77 | 8,882.29 | 8,882.29 | 27,387.06 |
| 000746 | Wall Scones / Lighting | | | | | | | | | | | |
| | 000 11/18/16 | 6,687.50 | P | SLMM | 07 00 | 0.00 | 6,687.50 | 12/31/18 | 1,990.33 | 955.36 | 955.36 | 2,945.69 |

## Flix Entertainment, LLC
### Depreciation Expense Report
### As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = ABQ** | | | | | | | | | | | | | | |
| *G/L Asset Account = 1470* | | | 140,279.96 | | | | 0.00 | 140,279.96 | | 41,750.02 | 20,040.00 | 20,040.00 | 61,790.02 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 4 | | | 140,279.96 | | | | 0.00 | 140,279.96 | | 41,750.02 | 20,040.00 | 20,040.00 | 61,790.02 | |
| *G/L Asset Account = 1490* Signs Permanent | | | | | | | | | | | | | | |
| 000757 | | ABQ Store Signage | | | | | | | | | | | | |
| | 000 | 11/18/16 | 80,745.89 | R | SLMM | 15 00 | 0.00 | 80,745.89 | 12/31/18 | 11,214.72 | 5,383.06 | 5,383.06 | 16,597.78 | |
| *G/L Asset Account = 1490* | | | 80,745.89 | | | | 0.00 | 80,745.89 | | 11,214.72 | 5,383.06 | 5,383.06 | 16,597.78 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 1 | | | 80,745.89 | | | | 0.00 | 80,745.89 | | 11,214.72 | 5,383.06 | 5,383.06 | 16,597.78 | |
| *G/L Asset Account = 1500* Computer Equip | | | | | | | | | | | | | | |
| 000716 | | Panasonic Tablets | | | | | | | | | | | | |
| | 000 | 11/18/16 | 40,678.05 | P | SLMM | 03 00 | 0.00 | 40,678.05 | 12/31/18 | 28,248.66 | 12,429.39 | 12,429.39 | 40,678.05 | |
| 000718 | | Touchmate POS computers | | | | | | | | | | | | |
| | 000 | 11/18/16 | 4,194.28 | P | SLMM | 05 00 | 0.00 | 4,194.28 | 12/31/18 | 1,747.64 | 838.86 | 838.86 | 2,586.50 | |
| 000719 | | Dell Inspiron 20 Computer w/ monitor | | | | | | | | | | | | |
| | 000 | 11/18/16 | 4,792.10 | P | SLMM | 03 00 | 0.00 | 4,792.10 | 12/31/18 | 3,327.85 | 1,464.25 | 1,464.25 | 4,792.10 | |
| 000720 | | POS / Comps Set Ups | | | | | | | | | | | | |
| | 000 | 11/18/16 | 3,175.42 | P | SLMM | 05 00 | 0.00 | 3,175.42 | 12/31/18 | 1,323.08 | 635.08 | 635.08 | 1,958.16 | |
| 000721 | | POS Comps / Kisosks / Printers | | | | | | | | | | | | |
| | 000 | 11/18/16 | 37,650.72 | P | SLMM | 05 00 | 0.00 | 37,650.72 | 12/31/18 | 15,687.79 | 7,530.14 | 7,530.14 | 23,217.93 | |
| 000722 | | Mobiity Access Switch / Ports / Set Up | | | | | | | | | | | | |
| | 000 | 11/18/16 | 82,872.96 | P | SLMM | 03 00 | 0.00 | 82,872.96 | 12/31/18 | 57,550.68 | 25,322.28 | 25,322.28 | 82,872.96 | |
| *G/L Asset Account = 1500* | | | 173,363.53 | | | | 0.00 | 173,363.53 | | 107,885.70 | 48,220.00 | 48,220.00 | 156,105.70 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 6 | | | 173,363.53 | | | | 0.00 | 173,363.53 | | 107,885.70 | 48,220.00 | 48,220.00 | 156,105.70 | |
| *G/L Asset Account = 1505* Furnishings | | | | | | | | | | | | | | |
| 000730 | | Office Furnishings | | | | | | | | | | | | |
| | 000 | 11/18/16 | 16,523.53 | P | SLMM | 07 00 | 0.00 | 16,523.53 | 12/31/18 | 4,917.74 | 2,360.51 | 2,360.51 | 7,278.25 | |
| 000732 | | Office Furnishings | | | | | | | | | | | | |
| | 000 | 11/18/16 | 22,095.75 | P | SLMM | 07 00 | 0.00 | 22,095.75 | 12/31/18 | 6,576.14 | 3,156.54 | 3,156.54 | 9,732.68 | |
| 001659 | | Roll around theater chairs | | | | | | | | | | | | |
| | 000 | 06/05/19 | 8,877.54 | P | SLMM | 07 00 | 0.00 | 8,877.54 | | 0.00 | 739.80 | 739.80 | 739.80 | |
| 001674 | | Theater seating - Rolling chairs | | | | | | | | | | | | |
| | 000 | 08/28/19 | 27,364.84 | P | SLMM | 07 00 | 0.00 | 27,364.84 | | 0.00 | 1,303.09 | 1,303.09 | 1,303.09 | |
| 001760 | | New Roll around seating | | | | | | | | | | | | |
| | 000 | 10/23/19 | 910.00 | P | SLMM | 07 00 | 0.00 | 910.00 | | 0.00 | 21.67 | 21.67 | 21.67 | |

## Flix Entertainment, LLC
### Depreciation Expense Report
### As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|-----------------------|--------------------------|----------------------------|----------|
| Location = ABQ | | | | | | | | | | | | | | |
| *G/L Asset Account = 1505* | | | 75,771.66 | | | | 0.00 | 75,771.66 | | 11,493.88 | 7,581.61 | 7,581.61 | 19,075.49 | |
| Less disposals and transfers Count = 0 | | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 5 | | | 75,771.66 | | | | 0.00 | 75,771.66 | | 11,493.88 | 7,581.61 | 7,581.61 | 19,075.49 | |
| *G/L Asset Account = 1510* Kitchen & Bar equip. | | | | | | | | | | | | | | |
| 000723 | Call button system | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 8,069.67 | P | SLMM | 03 00 | 0.00 | 8,069.67 | 12/31/18 | 5,603.95 | 2,465.72 | 2,465.72 | 8,069.67 | |
| 000724 | Call button system | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 41,185.08 | P | SLMM | 03 00 | 0.00 | 41,185.08 | 12/31/18 | 28,600.75 | 12,584.33 | 12,584.33 | 41,185.08 | |
| 000726 | Dish / Glass washing machines | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 25,133.46 | P | SLMM | 07 00 | 0.00 | 25,133.46 | 12/31/18 | 7,480.22 | 3,590.50 | 3,590.50 | 11,070.72 | |
| 000736 | Kitchen and Bar Equipment | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 599,490.18 | P | SLMM | 07 00 | 0.00 | 599,490.18 | 12/31/18 | 178,419.72 | 85,641.46 | 85,641.46 | 264,061.18 | |
| 000737 | Kitchen and Bar Equipment | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 649.62 | P | SLMM | 07 00 | 0.00 | 649.62 | 12/31/18 | 193.33 | 92.80 | 92.80 | 286.13 | |
| 000738 | Kitchen and Bar Equipment | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 967.72 | P | SLMM | 07 00 | 0.00 | 967.72 | 12/31/18 | 288.02 | 138.25 | 138.25 | 426.27 | |
| 000739 | Kitchen and Bar Equipment | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 3,919.68 | P | SLMM | 07 00 | 0.00 | 3,919.68 | 12/31/18 | 1,166.58 | 559.96 | 559.96 | 1,726.54 | |
| 000740 | Crowler Machine | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 10,792.94 | P | SLMM | 07 00 | 0.00 | 10,792.94 | 12/31/18 | 3,212.20 | 1,541.85 | 1,541.85 | 4,754.05 | |
| 000741 | Kitchen and Bar Equipment | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 2,132.31 | P | SLMM | 07 00 | 0.00 | 2,132.31 | 12/31/18 | 634.64 | 304.62 | 304.62 | 939.26 | |
| 000742 | Kitchen and Bar Equipment | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 4,090.71 | P | SLMM | 07 00 | 0.00 | 4,090.71 | 12/31/18 | 1,217.49 | 584.39 | 584.39 | 1,801.88 | |
| 000743 | Kitchen and Bar Equipment | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 1,997.49 | P | SLMM | 07 00 | 0.00 | 1,997.49 | 12/31/18 | 594.51 | 285.36 | 285.36 | 879.87 | |
| 000744 | Kitchen and Bar Equipment | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 3,474.05 | P | SLMM | 07 00 | 0.00 | 3,474.05 | 12/31/18 | 1,033.95 | 496.29 | 496.29 | 1,530.24 | |
| 000759 | Accrual | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 36,071.00 | P | SLMM | 07 00 | 0.00 | 36,071.00 | 12/31/18 | 10,735.43 | 5,153.00 | 5,153.00 | 15,888.43 | |
| 000760 | NM - Kitchen & Bar Equipment | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 0.00 | P | NoDep | 00 00 | 0.00 | 0.00 | 12/31/18 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000761 | NM - China, Silver, Glass, & Linen | | | | | | | | | | | | | |
| | 000 | 11/18/16 | 0.00 | P | NoDep | 00 00 | 0.00 | 0.00 | 12/31/18 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000812 | Final for Bargreen Ellingson | | | | | | | | | | | | | |
| | 000 | 04/01/17 | 39,749.09 | P | SLMM | 07 00 | 0.00 | 39,749.09 | 12/31/18 | 9,937.27 | 5,678.44 | 5,678.44 | 15,615.71 | |
| 000813 | Ecolab Water Filtration System | | | | | | | | | | | | | |
| | 000 | 03/30/17 | 4,170.76 | P | SLMM | 07 00 | 0.00 | 4,170.76 | 12/31/18 | 1,042.69 | 595.82 | 595.82 | 1,638.51 | |
| 001679 | Catering Equipment additions | | | | | | | | | | | | | |
| | 000 | 08/30/19 | 2,440.27 | P | SLMM | 05 00 | 0.00 | 2,440.27 | | 0.00 | 162.69 | 162.69 | 162.69 | |
| 001680 | Catering Equipment additions | | | | | | | | | | | | | |
| | 000 | 08/30/19 | 2,300.00 | P | SLMM | 05 00 | 0.00 | 2,300.00 | | 0.00 | 153.33 | 153.33 | 153.33 | |

## Flix Entertainment, LLC
### Depreciation Expense Report
### As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = ABQ** | | | | | | | | | | | | |
| *G/L Asset Account = 1510* | | 786,634.03 | | | | 0.00 | 786,634.03 | | 250,160.75 | 120,028.81 | 120,028.81 | 370,189.56 |
| Less disposals and transfers Count = 0 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 |
| Net Subtotal Count = 19 | | 786,634.03 | | | | 0.00 | 786,634.03 | | 250,160.75 | 120,028.81 | 120,028.81 | 370,189.56 |
| *G/L Asset Account = 1525* **Audio Visual Equip.** | | | | | | | | | | | | |
| 000727 Theater and Store Audio System | | | | | | | | | | | | |
| 000 | 11/18/16 | 195,795.93 | P | SLMM | 07 00 | 0.00 | 195,795.93 | 12/31/18 | 58,272.60 | 27,970.85 | 27,970.85 | 86,243.45 |
| *G/L Asset Account = 1525* | | 195,795.93 | | | | 0.00 | 195,795.93 | | 58,272.60 | 27,970.85 | 27,970.85 | 86,243.45 |
| Less disposals and transfers Count = 0 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 |
| Net Subtotal Count = 1 | | 195,795.93 | | | | 0.00 | 195,795.93 | | 58,272.60 | 27,970.85 | 27,970.85 | 86,243.45 |
| *G/L Asset Account = 1535* **Operations Tools & Equip.** | | | | | | | | | | | | |
| 000728 Alarm System | | | | | | | | | | | | |
| 000 | 11/18/16 | 14,684.86 | P | SLMM | 05 00 | 0.00 | 14,684.86 | 12/31/18 | 6,118.70 | 2,936.97 | 2,936.97 | 9,055.67 |
| *G/L Asset Account = 1535* | | 14,684.86 | | | | 0.00 | 14,684.86 | | 6,118.70 | 2,936.97 | 2,936.97 | 9,055.67 |
| Less disposals and transfers Count = 0 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 |
| Net Subtotal Count = 1 | | 14,684.86 | | | | 0.00 | 14,684.86 | | 6,118.70 | 2,936.97 | 2,936.97 | 9,055.67 |
| *G/L Asset Account = 1550* **Theater Equip.** | | | | | | | | | | | | |
| 000731 Easy Gliders | | | | | | | | | | | | |
| 000 | 11/18/16 | 159,687.65 | P | SLMM | 07 00 | 0.00 | 159,687.65 | 12/31/18 | 47,526.08 | 22,812.52 | 22,812.52 | 70,338.60 |
| 000733 Easy Gliders | | | | | | | | | | | | |
| 000 | 11/18/16 | 2,416.00 | P | SLMM | 07 00 | 0.00 | 2,416.00 | 12/31/18 | 719.04 | 345.14 | 345.14 | 1,064.18 |
| 000747 Projectors, Screens, Full 8 Theater Finish Out | | | | | | | | | | | | |
| 000 | 11/18/16 | 1,145,310.50 | P | SLMM | 07 00 | 0.00 | 1,145,310.50 | 12/31/18 | 340,866.24 | 163,615.79 | 163,615.79 | 504,482.03 |
| 000762 NM - Theater Equipment | | | | | | | | | | | | |
| 000 | 11/18/16 | 0.00 | P | NoDep | 00 00 | 0.00 | 0.00 | 12/31/18 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000764 Projectors, Screens, Full 8 Theater Finish Out tax items | | | | | | | | | | | | |
| 000 | 11/19/16 | 70,247.09 | P | SLMM | 07 00 | 0.00 | 70,247.09 | 12/31/18 | 20,906.89 | 10,035.30 | 10,035.30 | 30,942.19 |
| 000816 Moving Image Technologies - 40685 | | | | | | | | | | | | |
| 000 | 06/29/17 | 57,602.61 | P | SLMM | 07 00 | 0.00 | 57,602.61 | 12/31/18 | 12,343.42 | 8,228.95 | 8,228.95 | 20,572.37 |
| 000817 Moving Image Technologies - 40685 | | | | | | | | | | | | |
| 000 | 03/30/17 | 9,877.97 | P | SLMM | 07 00 | 0.00 | 9,877.97 | 12/31/18 | 2,469.49 | 1,411.14 | 1,411.14 | 3,880.63 |

## Flix Entertainment, LLC
### Depreciation Expense Report
As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location = ABQ** | | | | | | | | | | | | | |
| *G/L Asset Account = 1550* | | 1,445,141.82 | | | | 0.00 | 1,445,141.82 | | 424,831.16 | 206,448.84 | 206,448.84 | 631,280.00 | |
| Less disposals and transfers Count = 0 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 7 | | 1,445,141.82 | | | | 0.00 | 1,445,141.82 | | 424,831.16 | 206,448.84 | 206,448.84 | 631,280.00 | |
| *G/L Asset Account = 1555* Brewery Equip. | | | | | | | | | | | | | |
| 000748 | 7bbl Brewery System | | | | | | | | | | | | |
| 000 | 11/18/16 | 292,237.11 | P | SLMM | 10 00 | 0.00 | 292,237.11 | 12/31/18 | 60,882.74 | 29,223.71 | 29,223.71 | 90,106.45 | |
| 000763 | NM - Brewery Equipment | | | | | | | | | | | | |
| 000 | 11/18/16 | 0.00 | P | NoDep | 00 00 | 0.00 | 0.00 | 12/31/18 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000811 | 7bbl system adds | | | | | | | | | | | | |
| 000 | 03/30/17 | 942.09 | P | SLMM | 10 00 | 0.00 | 942.09 | 12/31/18 | 164.87 | 94.21 | 94.21 | 259.08 | |
| *G/L Asset Account = 1555* | | 293,179.20 | | | | 0.00 | 293,179.20 | | 61,047.61 | 29,317.92 | 29,317.92 | 90,365.53 | |
| Less disposals and transfers Count = 0 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 3 | | 293,179.20 | | | | 0.00 | 293,179.20 | | 61,047.61 | 29,317.92 | 29,317.92 | 90,365.53 | |
| *G/L Asset Account = 1560* Arts & Artifacts | | | | | | | | | | | | | |
| 000729 | Lobby Artwork | | | | | | | | | | | | |
| 000 | 11/18/16 | 1,400.00 | P | SLMM | 07 00 | 0.00 | 1,400.00 | 12/31/18 | 416.68 | 200.00 | 200.00 | 616.68 | |
| 000810 | Lobby Artwork | | | | | | | | | | | | |
| 000 | 03/31/17 | 1,824.32 | P | SLMM | 07 00 | 0.00 | 1,824.32 | 12/31/18 | 456.08 | 260.62 | 260.62 | 716.70 | |
| *G/L Asset Account = 1560* | | 3,224.32 | | | | 0.00 | 3,224.32 | | 872.76 | 460.62 | 460.62 | 1,333.38 | |
| Less disposals and transfers Count = 0 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 2 | | 3,224.32 | | | | 0.00 | 3,224.32 | | 872.76 | 460.62 | 460.62 | 1,333.38 | |
| *G/L Asset Account = 1570* Purchased Software | | | | | | | | | | | | | |
| 000725 | Vista POS / Software System | | | | | | | | | | | | |
| 000 | 11/18/16 | 55,613.17 | P | SLMM | 05 00 | 0.00 | 55,613.17 | 12/31/18 | 23,172.16 | 11,122.63 | 11,122.63 | 34,294.79 | |
| *G/L Asset Account = 1570* | | 55,613.17 | | | | 0.00 | 55,613.17 | | 23,172.16 | 11,122.63 | 11,122.63 | 34,294.79 | |
| Less disposals and transfers Count = 0 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| Net Subtotal Count = 1 | | 55,613.17 | | | | 0.00 | 55,613.17 | | 23,172.16 | 11,122.63 | 11,122.63 | 34,294.79 | |

## Flix Entertainment, LLC
Depreciation Expense Report
As of December 31, 2019

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Location = ABQ | 8,069,044.81 | | | | 0.00 | 8,069,044.81 | | 1,663,002.74 | 799,905.73 | 799,905.73 | 2,462,908.47 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 8,069,044.81 | | | | 0.00 | 8,069,044.81 | | 1,663,002.74 | 799,905.73 | 799,905.73 | 2,462,908.47 | |
| | | Count = 63 | | | | | | | | | | | | |

**Fill in this information to identify the case:**

Debtor name   **Flix Brewhouse NM LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **21-30676**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Comerica Bank**<br>Creditor's Name<br><br>**c/o Special Assets Group**<br>**P.O. Box 671737**<br>**Dallas, TX 75267-1737**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All assets**<br><br>**Describe the lien**<br>**Security agreement - Flix Brewhouse Holdco LLC primary obligor** | **$5,607,263.68** | **$5,772,452.01** |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Comerica Commerical Lending Services**<br>Creditor's Name<br><br>**c/o Special Assets Group**<br>**P.O. Box 671737**<br>**Dallas, TX 75267-1737**<br>Creditor's mailing address<br><br>**lbhigginbotham@comerica.com**<br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**All assets**<br><br>**Describe the lien**<br>**Security agreement** | **$1,451,813.08** | **$5,772,452.01** |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**1367**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Flix Brewhouse NM LLC** | | Case number (if known) | **21-30676** |
|---|---|---|---|---|

Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **New Mexico Gas Company** | Describe debtor's property that is subject to a lien | **$103.40** | **$974.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Utility deposit, New Mexico Gas Company**

**1625 Rio Bravo SW Street
Albuquerque, NM 87105**

Creditor's mailing address

Describe the lien
**Security deposit**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Village @ La Orilla LLC** | Describe debtor's property that is subject to a lien | **$184,063.50** | **$141,166.67** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Lease of real estate at 3236 La Orilla Rd NW, Unit B1, Albuquerque, NM 87120**

**12809 Donette Court N
Albuquerque, NM 87112**

Creditor's mailing address

Describe the lien
**Security deposit**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$7,243,243.66** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Flix Brewhouse NM LLC**
_____
Name

Case number (*if known*)  **21-30676**
_____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lindborg & Mazor LLP**<br>**Attn Peter Lindborg**<br>**550 North Brand Blvd, Suite 1830**<br>**Glendale, CA 91203** | Line  2.4 | |
| **US Small Business Administration**<br>**Attn: District Counsel**<br>**721 19th St, Rm 426**<br>**Denver, CO 80202** | Line  2.2 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name     **Flix Brewhouse NM LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **21-30676**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Bernalillo County Tax Assesor** | *Check all that apply.* | | |
| | **415 Silver Avenue** | ☐ Contingent | | |
| | **Albuquerque, NM 87102** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Centralized Insolvency Operation** | ☐ Contingent | | |
| | **P.O. Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    47602                    Best Case Bankruptcy

| Debtor | **Flix Brewhouse NM LLC** | Case number (if known) | **21-30676** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**New Mexico Taxation & Revenue Department**
**Bankruptcy Section**
**PO Box 8575**
**Albuquerque, NM 87198-8575**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$1,313.92** |
|---|---|---|---|

**ABQ Upholstery**
**4956 Story Rock NM**
**Albuquerque**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$3,585.18** |
|---|---|---|---|

**Aramark Uniform Services**
**AUCA Chicago MC Lockbox**
**25259 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$1,024.97** |
|---|---|---|---|

**Blast Masters Inc**
**Po Box 2684**
**Big Spring, TX 79721-2684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$1,022.96** |
|---|---|---|---|

**Cinema Breweries Inc**
**2000 S Interstate 35**
**Ste Q11**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$30.97** |
|---|---|---|---|

**Digital Light Source LLC**
**2768 Santa Ynez Avenue**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Flix Brewhouse NM LLC** | | Case number (*if known*) | **21-30676** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Direct TV**
**Po Box 5006**
**Carol Stream, IL 60197-5006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,933.77 |
| --- | --- | --- | --- |

**Dragon Services**
**Po Box 578**
**Bernalillo, NM 87004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
| --- | --- | --- | --- |

**ECM Office Equipment**
**28 Baiting Place Road**
**Farmingdale, NY 11735-6227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ecolab Institutional**
**P.O. Box 70343**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,827,613.12 |
| --- | --- | --- | --- |

**Flix Entertainment LLC**
**2000 S Interstate 35**
**Ste Q11**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311,372.83 |
| --- | --- | --- | --- |

**Gift certificates - Creditors unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift certificates**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.66 |
| --- | --- | --- | --- |

**Great Western Specialty Systems**
**4441 Anaheim Ave NE**
**Albuquerque, NM 87113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Flix Brewhouse NM LLC** | Case number (if known) | **21-30676** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Hundred Hands Craft Coffee**
**Po Box 40458**
**Albuquerque, NM 87196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jackson Compaction LLC**
**6420 2nd St NM**
**Albuquerque, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**La Cumbre Brewing Co**
**3313 Girard Blvd NE**
**Albuquerque, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.11 |
|---|---|---|---|

**Lighting Lock & Key**
**3107 Texas St NE**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574.93 |
|---|---|---|---|

**LLD Inc DBA Respond NM**
**3809 Hawkins St NE**
**Albuquerque, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**New Mexico Dept Workforce Solutions**
**Po Box 1928**
**Attn Legal Section**
**Albuquerque, NM 87103-1928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,920.70 |
|---|---|---|---|

**PNM**
**Po Box 27900**
**Albuquerque, NM 87158-0515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Flix Brewhouse NM LLC** | | Case number (*if known*) | **21-30676** |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$702.00** |
|---|---|---|---|
| | **Power Wash Pro**<br>**7115 Cuchillo Rd NM**<br>**Albuquerque, NM 87114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **R&B Commerical Services**<br>**Po Box 36378**<br>**Albuquerque, NM 87176-6378** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,039.39** |
|---|---|---|---|
| | **Sanchez Investigation Services**<br>**11512 Lexington Avenue NW**<br>**Albuquerque, NM 87112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$336.02** |
|---|---|---|---|
| | **Secured Retail Networks Inc**<br>**9963 Muirlands Blvd**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|
| | **Senior and Social Services**<br>**One Civic Plaza NW**<br>**Albuquerque, NM 87102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade creditor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252.06** |
|---|---|---|---|
| | **Shoes For Crews LLC**<br>**Po Box 734176**<br>**Chicago, IL 60673-4176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$841.00** |
|---|---|---|---|
| | **Simply Right Inc**<br>**1309 16th Street**<br>**Ogden, UT 84404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Flix Brewhouse NM LLC** | | Case number (if known) | **21-30676** |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.42 |
|---|---|---|---|

**SS Steiner Inc**
**725 Fifth Avenue**
**Floor 23**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of New Mexico**
**Attorney General of New Mexico**
**Attn:  Bankruptcy Section**
**201 Third Street NW, Suite 300**
**Albuquerque, NM 87102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.29 |
|---|---|---|---|

**Swank Motion Pictures**
**2844 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,171.44 |
|---|---|---|---|

**Sysco New Mexico**
**601 Comanche Rd NE**
**Albuquerque, NM 87107**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.84 |
|---|---|---|---|

**TLC Company Inc**
**5000 Edith NE**
**Albuquerque, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vanguard Cleaning Systems of NM**
**Po Box 461389**
**San Antonio, TX 78246-1389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Venue Valet CC LLC**
**6601 Vaught Ranch Rd**
**Suite 101**
**Austin, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Flix Brewhouse NM LLC** | | | Case number (if known) | **21-30676** |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Water Utility Authority**
**Po Box 27226**
**Albuquerque, NM 87125-7226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **8,243,957.58** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | **8,243,957.58** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Flix Brewhouse NM LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **21-30676**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Carbonation equipment** | |
| State the term remaining | **Airgas International Carbonation** |
| List the contract number of any government contract | **2530 Sever Road** |
| | **Suite 300** |
| | **Dallas, TX 75373** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Staffing agreement** | |
| State the term remaining | **Cinema Breweries Inc** |
| List the contract number of any government contract | **2000 S Interstate 35** |
| | **Ste Q11** |
| | **Round Rock, TX 78681** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Dishwashing equipment** | |
| State the term remaining | **Ecolab Institutional** |
| List the contract number of any government contract | **P.O. Box 70343** |
| | **Chicago, IL 60673** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Management agreement** | |
| State the term remaining | **Flix Entertainment LLC** |
| List the contract number of any government contract | **2000 S Interstate 35** |
| | **Ste Q11** |
| | **Round Rock, TX 78681** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Flix Brewhouse NM LLC** | | | Case number *(if known)* | **21-30676** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage fountain equipment** | |
|---|---|---|---|
| | State the term remaining | | **Pepsi Beverage Company** |
| | List the contract number of any government contract | | **3825 106th Street** |
| | | | **Urbandale, IA 50322** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real estate at 3236 La Orilla Rd NW, Unit B1, Albuquerque, NM 87120** | |
|---|---|---|---|
| | State the term remaining | | **Village @ La Orilla LLC** |
| | List the contract number of any government contract | | **12809 Donette Court N** |
| | | | **Albuquerque, NM 87112** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Flix Brewhouse NM LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __**21-30676**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **FB Capital LLC** | **2000 S Interstate 35 Ste Q11 Round Rock, TX 78681** | **Comerica Commerical Lending Services** | ■ D __**2.2**__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Flix Brewhouse Holdco LLC** | **2000 S Interstate 35 Ste Q11 Round Rock, TX 78681** | **Comerica Bank** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Flix Brewhouse Indiana LLC** | **2000 S Interstate 35 Ste Q11 Round Rock, TX 78681** | **Comerica Bank** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Flix Brewhouse Iowa LLC** | **2000 S Interstate 35 Ste Q11 Round Rock, TX 78681** | **Comerica Bank** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Flix Brewhouse NM LLC** | | Case number *(if known)* | **21-30676** |

| | | | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Flix Brewhouse LLC** | **2000 S Interstate 35 Ste Q11 Round Rock, TX 78681** | **Comerica Commerical Lending Services** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Flix Brewhouse LLC** | **2000 S Interstate 35 Ste Q11 Round Rock, TX 78681** | **Comerica Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Flix Entertainment LLC** | **2000 S Interstate 35 Ste Q11 Round Rock, TX 78681** | **Comerica Commerical Lending Services** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Hospitality Investors Inc.** | **2000 S Interstate 35 Ste Q11 Round Rock, TX 78681** | **Comerica Commerical Lending Services** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Flix Entertainment LLC** | **2000 S Interstate 35 Ste Q11 Round Rock, TX 78681** | **Village @ La Orilla LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |