# United States Bankruptcy Court
## Western District of Texas

In re: **Flix Brewhouse NM LLC**, Debtor(s)

Case No. **21-30676**
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President, Hospitality Investors Inc., Debtor's Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 24, 2021**

/s/ Allan L. Reagan
Allan L. Reagan/President, Hospitality Investors Inc., Debtor's Manager
Signer/Title

Airgas International Carbonation
2530 Sever Road
Suite 300
Dallas, TX 75373

Comerica Bank
c/o Special Assets Group
P.O. Box 671737
Dallas, TX 75267-1737

FB Capital LLC
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681

Flix Brewhouse Indiana LLC
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681

Flix Brewhouse Iowa LLC
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681

Hospitality Investors Inc.
2000 S Interstate 35
Ste Q11
Round Rock, TX 78681

Pepsi Beverage Company
3825 106th Street
Urbandale, IA 50322