## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:

FLIX BREWHOUSE NM LLC *dba*　　　　　　　Case No. 21-30676-hcm
　　　　　　　　　　　　　　　　　　　　　　Chapter 11
FLIX BREWHOUSE,　　　　　　　　　　　　Hon. H. Christopher Mott

　　　Debtor.

_____/

## NOTICE OF APPEARANCE

Adrian Acosta of the law firm Dickinson Wright PLLC, 221 N. Kansas, Suite 2000, El Paso, Texas, 79901, hereby enters its Appearance on behalf of Midland Loan Services, an interested party in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Dickinson Wright PLLC
　　　　　　　　　　　　　　　　　　　221 North Kansas Street, Suite 2000
　　　　　　　　　　　　　　　　　　　El Paso, Texas 79901
　　　　　　　　　　　　　　　　　　　Tel: (915) 541-9322
　　　　　　　　　　　　　　　　　　　Fax: (844) 670-6009

　　　　　　　　　　　　　　　　　　　By: */s/ Adrian Acosta*
　　　　　　　　　　　　　　　　　　　Adrian Acosta
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24097275
　　　　　　　　　　　　　　　　　　　aacosta@dickinson-wright.com
　　　　　　　　　　　　　　　　　　　*Attorney for Interested Party, Midland Loan Services*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon those parties on the attached service list who are entitled to receive Court ECF Notification in this case via such notification on this 26th day of January, 2022:

　　　　　　　　　　　　　　　　　　　*/s/ Adrian Acosta*
　　　　　　　　　　　　　　　　　　　Adrian Acosta

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30676-hcm<br>Western District of Texas<br>El Paso<br>Sun Dec  5 09:47:21 CST 2021 | Flix Brewhouse NM LLC<br>2000 S. Interstate 35<br>Suite Q11<br>Round Rock, TX 78681-6942 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| ABQ Upholstery<br>4956 Story Rock NM<br>Albuquerque, NM 87120-3710 | ARAMARK Uniform & Career Apparel, LLC<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Airgas International Carbonation<br>2530 Sever Road<br>Suite 300<br>Dallas, TX 75373-0001 |
| Aramark Uniform Services<br>AUCA Chicago MC Lockbox<br>25259 Network Place<br>Chicago, IL 60673-1252 | Bernalillo County Tax Assesor<br>415 Silver Avenue<br>Albuquerque, NM 87102 | Blast Masters Inc<br>Po Box 2684<br>Big Spring, TX 79721-2684 |
| Cinema Breweries Inc<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 | Comerica Bank<br>Attn: Jaimee L. Witten<br>c/o Bodman PLC<br>1901 St. Antoine St., 6th Fl.<br>Detroit, MI 48226-2336 | Comerica Bank<br>c/o Bodman PLC<br>Attn: Noel J. Ravenscroft<br>1901 St. Antoine St., 6th Fl.<br>Detroit, MI 48226-2336 |
| Comerica Bank<br>c/o Bodman PLC<br>Attn: Noel J. Ravenscroft<br>1901 St. Antoine Street<br>Detroit, Michigan 48226-2336 | Comerica Bank<br>c/o Bodman PLC<br>Attn: Robert J. Diehl, Jr.<br>1901 St. Antoine St., 6th Fl.<br>Detroit, MI 48226-2336 | Comerica Bank<br>c/o Bodman PLC<br>Attn: Robert J. Diehl, Jr.<br>1901 St. Antoine Street<br>Detroit, Michigan 48226-2336 |
| Comerica Bank<br>c/o Special Assets Group<br>P.O. Box 671737<br>Dallas, TX 75267-1737 | Comerica Commerical Lending Services<br>c/o Special Assets Group<br>P.O. Box 671737<br>Dallas, TX 75267-1737 | Digital Light Source LLC<br>2768 Santa Ynez Avenue<br>Simi Valley, CA 93063-2392 |
| Direct TV<br>Po Box 5006<br>Carol Stream, IL 60197-5006 | Dragon Services<br>Po Box 578<br>Bernalillo, NM 87004-0578 | ECM Office Equipment<br>28 Baiting Place Road<br>Farmingdale, NY 11735-6233 |
| Ecolab Institutional<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | FB Capital LLC<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 | Flix Brewhouse Indiana LLC<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 |
| Flix Brewhouse Iowa LLC<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 | Flix Brewhouse LLC<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 | Flix Brewhouse Texas IV<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 |
| Flix Entertainment LLC<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 | Great Western Specialty Systems<br>4441 Anaheim Ave NE<br>Albuquerque, NM 87113-1664 | Great Western Specialty Systems, Inc.<br>8410 Washington St NE Suite A<br>Albuquerque, NM 87113-1650 |

| | | |
|---|---|---|
| Harney Partners<br>Attn: Erik White<br>3800 N. Lamar Blvd., Suite 200<br>Austin, TX 78756-0003 | Homefield Grill<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 | Hospitality Investors Inc.<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 |
| Hundred Hands Craft Coffee<br>Po Box 40458<br>Albuquerque, NM 87196-0458 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jackson Compaction LLC<br>6420 2nd St NM<br>Albuquerque, NM 87107-6001 |
| LLD Inc DBA Respond NM<br>3809 Hawkins St NE<br>Albuquerque, NM 87109-4513 | La Cumbre Brewing Co<br>3313 Girard Blvd NE<br>Albuquerque, NM 87107-1930 | Lighting Lock & Key<br>3107 Texas St NE<br>Albuquerque, NM 87110-2436 |
| Lindborg & Mazor LLP<br>Attn Peter Lindborg<br>550 North Brand Blvd, Suite 1830<br>Glendale, CA 91203-1909 | New Mexico Dept Workforce Solutions<br>Po Box 1928<br>Attn Legal Section<br>Albuquerque, NM 87103-1928 | New Mexico Gas Company<br>1625 Rio Bravo SW Street<br>Albuquerque, NM 87105-6042 |
| New Mexico Taxation & Revenue Department<br>Bankruptcy Section<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | PNM<br>Po Box 27900<br>Albuquerque, NM 87125-7900 | PNM-Public Service Company of New Mexico<br>414 Silver Ave SW MS0525<br>Albuquerque, NM 87102-3226 |
| Pepsi Beverage Company<br>3825 106th Street<br>Urbandale, IA 50322-2043 | Power Wash Pro<br>7115 Cuchillo Rd NM<br>Albuquerque, NM 87114-5928 | R&B Commerical Services<br>Po Box 36378<br>Albuquerque, NM 87176-6378 |
| SS Steiner Inc<br>725 Fifth Avenue<br>Floor 23<br>New York, NY 10022-2582 | Sanchez Investigation Services<br>11512 Lexington Avenue NW<br>Albuquerque, NM 87112 | Secured Retail Networks Inc<br>9963 Muirlands Blvd<br>Irvine, CA 92618-2508 |
| Senior and Social Services<br>One Civic Plaza NW<br>Albuquerque, NM 87102-2109 | Shoes For Crews LLC<br>Po Box 734176<br>Chicago, IL 60673-4176 | Simply Right Inc<br>1309 16th Street<br>Ogden, UT 84404-6170 |
| State of New Mexico<br>Attorney General of New Mexico<br>Attn: Bankruptcy Section<br>201 Third Street NW, Suite 300<br>Albuquerque, NM 87102-3366 | Swank Motion Pictures<br>2844 Paysphere Circle<br>Chicago, IL 60674-0001 | Sysco New Mexico<br>601 Comanche Rd NE<br>Albuquerque, NM 87107-4103 |
| TLC Company Inc<br>5000 Edith NE<br>Albuquerque, NM 87107-4125 | US Small Business Administration<br>Attn: District Counsel<br>721 19th St, Rm 426<br>Denver, CO 80202-2517 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |

| | | |
|---|---|---|
| Vanguard Cleaning Systems of NM<br>Po Box 461389<br>San Antonio, TX 78246-1389 | Venue Valet CC LLC<br>6601 Vaught Ranch Rd<br>Suite 101<br>Austin, TX 78730-2316 | Village @ La Orilla LLC<br>12809 Donette Court N<br>Albuquerque, NM 87112-4708 |
| Water Utility Authority<br>Po Box 27226<br>Albuquerque, NM 87125-7226 | c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | iHeart Media, Inc.<br>20880 Stone Oak Parkway<br>San Antonio, TX 78258-7460 |
| John Jack R. O'Connor<br>Sugar Felsenthal Grais & Helsinger, LLP<br>30 N LaSalle, Suite 3000<br>Chicago, IL 60602-3481 | Jonathan P. Friedland<br>Sugar Felsenthal Grais & Helsinger, LLP<br>30 N LaSalle<br>Suite 3000<br>Chicago, IL 60602-3481 | Kathryn C. Nadro<br>Sugar Felsenthal Grais & Helsinger LLP<br>30 N. LaSalle Street, Suite 3000<br>Chicago, IL 60602-3481 |
| Mark S. Melickian<br>Sugar Felsenthal Grais & Heisinger LLP<br>30 N. LaSalle St., Ste. 3000<br>Chicago, IL 60602-3481 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-1512 | Rachael L. Smiley<br>Ferguson Braswell Fraser Kubasta PC<br>2500 Dallas Parkway<br>Suite 600<br>Plano, TX 75093-4820 |

End of Label Matrix
Mailable recipients    71
Bypassed recipients     0
Total                  71