```
Label Matrix for local noticing        Flix Brewhouse NM LLC              U.S. BANKRUPTCY COURT
0542-3                                 2000 S. Interstate 35              511 E. San Antonio Ave., Rm. 444
Case 21-30676-hcm                      Suite Q11                          EL PASO, TX 79901-2417
Western District of Texas              Round Rock, TX 78681-6942
El Paso
Wed Aug 31 18:06:46 CDT 2022

ABQ Upholstery                         ARAMARK Uniform & Career Apparel, LLC   Airgas International Carbonation
4956 Story Rock NM                     c/o Sheila R. Schwager              2530 Sever Road
Albuquerque, NM 87120-3710             P.O. Box 1617                       Suite 300
                                       Boise, ID 83701-1617                Dallas, TX 75373-0001

Aramark Uniform Services               Bernalillo County Tax Assesor       Blast Masters Inc
AUCA Chicago MC Lockbox                415 Silver Avenue                   Po Box 2684
25259 Network Place                    Albuquerque, NM 87102               Big Spring, TX 79721-2684
Chicago, IL 60673-1252

Cinema Breweries Inc                   Comerica Bank                       Comerica Bank
2000 S Interstate 35                   Attn: Jaimee L. Witten               c/o Bodman PLC
Ste Q11                                c/o Bodman PLC                      Attn: Noel J. Ravenscroft
Round Rock, TX 78681-6942              1901 St. Antoine St., 6th Fl.       1901 St. Antoine St., 6th Fl.
                                       Detroit, MI 48226-2336              Detroit, MI 48226-2336

Comerica Bank                          Comerica Bank                       Comerica Bank
c/o Bodman PLC                         c/o Bodman PLC                      c/o Bodman PLC
Attn: Noel J. Ravenscroft              Attn: Robert J. Diehl, Jr.          Attn: Robert J. Diehl, Jr.
1901 St. Antoine Street                1901 St. Antoine St., 6th Fl.       1901 St. Antoine Street
Detroit, Michigan 48226-2336           Detroit, MI 48226-2336              Detroit, Michigan 48226-2336

Comerica Bank                          Comerica Commerical Lending Services  Digital Light Source LLC
c/o Special Assets Group               c/o Special Assets Group            2768 Santa Ynez Avenue
P.O. Box 671737                        P.O. Box 671737                     Simi Valley, CA 93063-2392
Dallas, TX 75267-1737                  Dallas, TX 75267-1737

Direct TV                              Dragon Services                     ECM Office Equipment
Po Box 5006                            Po Box 578                          28 Baiting Place Road
Carol Stream, IL 60197-5006            Bernalillo, NM 87004-0578           Farmingdale, NY 11735-6233

Ecolab Institutional                   FB Capital LLC                      Flix Brewhouse Indiana LLC
P.O. Box 70343                         2000 S Interstate 35                2000 S Interstate 35
Chicago, IL 60673-0343                 Ste Q11                             Ste Q11
                                       Round Rock, TX 78681-6942           Round Rock, TX 78681-6942

Flix Brewhouse Iowa LLC                Flix Brewhouse LLC                  Flix Brewhouse Texas IV
2000 S Interstate 35                   2000 S Interstate 35                2000 S Interstate 35
Ste Q11                                Ste Q11                             Ste Q11
Round Rock, TX 78681-6942              Round Rock, TX 78681-6942           Round Rock, TX 78681-6942

Flix Entertainment LLC                 Flix Entertainment LLC              Great Western Specialty Systems
2000 S Interstate 35                   c/o Kell C. Mercer, PC              4441 Anaheim Ave NE
Ste Q11                                1602 E. Cesar Chavez Street         Albuquerque, NM 87113-1664
Round Rock, TX 78681-6942              Austin, TX 78702-4456
```

| | | |
|---|---|---|
| Great Western Specialty Systems, Inc.<br>8410 Washington St NE Suite A<br>Albuquerque, NM 87113-1650 | Harney Partners<br>8911 N. Capital of Texas Hwy<br>Suite 2120<br>Austin, TX 78759-7200 | Harney Partners<br>Attn: Erik White<br>3800 N. Lamar Blvd., Suite 200<br>Austin, TX 78756-0003 |
| Homefield Grill<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 | Hospitality Investors Inc.<br>2000 S Interstate 35<br>Ste Q11<br>Round Rock, TX 78681-6942 | Hundred Hands Craft Coffee<br>Po Box 40458<br>Albuquerque, NM 87196-0458 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jackson Compaction LLC<br>6420 2nd St NM<br>Albuquerque, NM 87107-6001 | LLD Inc DBA Respond NM<br>3809 Hawkins St NE<br>Albuquerque, NM 87109-4513 |
| La Cumbre Brewing Co<br>3313 Girard Blvd NE<br>Albuquerque, NM 87107-1930 | Lighting Lock & Key<br>3107 Texas St NE<br>Albuquerque, NM 87110-2436 | Lindborg & Mazor LLP<br>Attn Peter Lindborg<br>550 North Brand Blvd, Suite 1830<br>Glendale, CA 91203-1909 |
| New Mexico Dept Workforce Solutions<br>Po Box 1928<br>Attn Legal Section<br>Albuquerque, NM 87103-1928 | New Mexico Gas Company<br>1625 Rio Bravo SW Street<br>Albuquerque, NM 87105-6042 | New Mexico Taxation & Revenue Department<br>Bankruptcy Section<br>PO Box 8575<br>Albuquerque, NM 87198-8575 |
| PNM<br>Po Box 27900<br>Albuquerque, NM 87125-7900 | PNM-Public Service Company of New Mexico<br>414 Silver Ave SW MS0525<br>Albuquerque, NM 87102-3226 | Pepsi Beverage Company<br>3825 106th Street<br>Urbandale, IA 50322-2043 |
| Power Wash Pro<br>7115 Cuchillo Rd NM<br>Albuquerque, NM 87114-5928 | R&B Commerical Services<br>Po Box 36378<br>Albuquerque, NM 87176-6378 | SS Steiner Inc<br>725 Fifth Avenue<br>Floor 23<br>New York, NY 10022-2582 |
| Sanchez Investigation Services<br>11512 Lexington Avenue NW<br>Albuquerque, NM 87112 | Secured Retail Networks Inc<br>9963 Muirlands Blvd<br>Irvine, CA 92618-2508 | Senior and Social Services<br>One Civic Plaza NW<br>Albuquerque, NM 87102-2109 |
| Shoes For Crews LLC<br>Po Box 734176<br>Chicago, IL 60673-4176 | Simply Right Inc<br>1309 16th Street<br>Ogden, UT 84404-6170 | State of New Mexico<br>Attorney General of New Mexico<br>Attn: Bankruptcy Section<br>201 Third Street NW, Suite 300<br>Albuquerque, NM 87102-3366 |
| Swank Motion Pictures<br>2844 Paysphere Circle<br>Chicago, IL 60674-0001 | Sysco New Mexico<br>601 Comanche Rd NE<br>Albuquerque, NM 87107-4103 | TLC Company Inc<br>5000 Edith NE<br>Albuquerque, NM 87107-4125 |

| | | |
|---|---|---|
| US Small Business Administration<br>Attn: District Counsel<br>721 19th St, Rm 426<br>Denver, CO 80202-2517 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Vanguard Cleaning Systems of NM<br>Po Box 461389<br>San Antonio, TX 78246-1389 |
| Venue Valet CC LLC<br>6601 Vaught Ranch Rd<br>Suite 101<br>Austin, TX 78730-2316 | Village @ La Orilla LLC<br>12809 Donette Court N<br>Albuquerque, NM 87112-4708 | Water Utility Authority<br>Po Box 27226<br>Albuquerque, NM 87125-7226 |
| c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | iHeart Media, Inc.<br>20880 Stone Oak Parkway<br>San Antonio, TX 78258-7460 | John Jack R. O'Connor<br>Sugar Felsenthal Grais & Helsinger, LLP<br>30 N LaSalle, Suite 3000<br>Chicago, IL 60602-3481 |
| Jonathan P. Friedland<br>Sugar Felsenthal Grais & Helsinger, LLP<br>30 N LaSalle<br>Suite 3000<br>Chicago, IL 60602-3481 | Kathryn C. Nadro<br>Sugar Felsenthal Grais & Helsinger LLP<br>30 N. LaSalle Street<br>Suite 3100<br>Chicago, IL 60602-2576 | Mark S. Melickian<br>Sugar Felsenthal Grais & Heisinger LLP<br>30 N. LaSalle St., Ste. 3000<br>Chicago, IL 60602-3481 |
| Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 | Rachael L. Smiley<br>Ferguson Braswell Fraser Kubasta PC<br>2500 Dallas Parkway<br>Suite 600<br>Plano, TX 75093-4820 | End of Label Matrix<br>Mailable recipients 73<br>Bypassed recipients 0<br>Total 73 |