IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS (EL PASO)

| In re: | § | Chapter 11 (Subchapter V) |
|---|---|---|
| | § | |
| Flix Brewhouse NM LLC, | § | Case No. 21-30676 (HCM) |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT PURSUANT TO RULE 9019**

This matter came before the Court on the Debtor's motion (the "***Motion***") in the above-captioned chapter 11 case (the "***Case***") requesting approval of a compromise and settlement with Village @ La Orilla, LLC (the "**Landlord**") pursuant to Federal Rule of Bankruptcy Procedure 9019, as more fully described in the Motion[1];

The Court, after reviewing the Motion and considering the statements in support of the

---

[1] Capitalized terms not defined by this Order bear the meanings given to them in the Motion.

relief requested under the Motion, it appearing that (a) the Court has jurisdiction over this matter under § 1334 of title 28 of the United States Code; (b) this is a core proceeding under 28 U.S.C. § 157(b)(2); (c) venue of this proceeding and this Motion is proper under 28 U.S.C. §§ 1408 and 1409; (d) the relief requested in the Motion is warranted and in the best interests of the Debtor, its estate, creditors, and other parties in interest; and (e) notice of the Motion was sufficient under the circumstances; the Court being otherwise fully advised in the premises;

**It is Hereby Ordered:**

1. The Motion is granted as set forth in this Order, provided, however, this Order shall not become effective unless the Debtor receives the Landlord lender's consent to the First Amendment within 14 days of entry of this Order.

2. The First Amendment to the Lease, including the terms of the Rent Settlement Amount, as set forth in Exhibit A attached to the Motion, are hereby approved.

3. The Settlement contained in the First Amendment to the Lease is hereby approved and the Debtor is authorized to enter into the First Amendment to the Lease.

4. The stay provided for under Bankruptcy Rules 6004(h) is waived.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###

Order submitted by:

By: /s/ *Rachael L. Smiley*
      One of its Attorneys

Rachael Smiley
**FERGUSON BRASWELL FRASER KUBASTA PC**
2500 Dallas Pkwy
Plano, TX 75093
Telephone: 972.378.9111
Facsimile: 972.378.9115
rsmiley@fbfk.law

-and-

By: /s/ *Jonathan Friedland*
      One of its Attorneys

Jonathan P. Friedland (*admitted pro hac vice*)
Jeffrey M. Schwartz (pro hac pending)
Hajar Jouglaf (*admitted pro hac vice*)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Ste. 1800
Chicago, Illinois 60606
Telephone: 312.521-2000
Facsimile: 312.521.2100
jfriedland@muchlaw.com
jschwartz@muchlaw.com
Hjouglaf@muchlaw.com

*Proposed Co-Counsel to the Debtor*