**The relief described hereinbelow is SO ORDERED.**

**Signed November 21, 2022.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| FLIX BREWHOUSE NM LLC | § | CASE NO. 21-30676-hcm |
| Debtor. | § | (Chapter 11; Subchapter V) |

### ORDER SETTING HEARING AND RESPONSE DEADLINE
### ON DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

A Motion to Dismiss Chapter 11 Case ("Motion") (dkt# 135) was filed on November 18, 2022, by Flix Brewhouse NM LLC, debtor and debtor-in-possession ("Debtor"). The Court finds the following Order should be entered.

**IT IS THEREFORE ORDERED AND NOTICE IS GIVEN AS FOLLOWS:**

1. On <u>December 15, 2022, at 10:00 a.m. (MT), 11:00 a.m. (CT),</u> a hearing will be conducted on the Motion to Dismiss Chapter 11 Case ("Motion") (dkt# 135) in the U.S. Bankruptcy Court, 511 E. San Antonio Ave., 4th floor, El Paso, Texas. If counsel or interested parties desire to attend the hearing on the Motion by Webex or phone, a request may be made through CM/ECF.

2. Any response or objection to the Motion must be filed by December 9, 2022.

3. Counsel for the Debtor shall promptly serve notice of the hearing and response deadline in this Order to all creditors and parties in interest, and thereafter file a certificate of service with the Court reflecting such service.

###